1

2

3

4

5

6

7        **UNITED STATES DISTRICT COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA**

9        **WESTERN DIVISION**

10

11   YKI J. VALLERY,                    )        No.  CV 07-7465-DMG (AGR)
                                        )
12                    Petitioner,       )
                                        )        **JUDGMENT**
13        v.                            )
                                        )
14   T. FELKER, Warden,                 )
                                        )
15                    Respondent.       )
                                        )
16   _____)

17        Pursuant to the Order Adopting Magistrate Judge's Report and

18   Recommendation,

19        IT IS ADJUDGED that the petition in this matter is denied and dismissed with

20   prejudice.

21

22   DATED:  April 4, 2011          _____

23                                        DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28